**Criminal Case Cover Sheet**　　　　　　　　　　　　　　　　　　**U.S. District Court - District of Massachusetts**

**Place of Offense:**　　　　Category No. __II__　　　Investigating Agency __FBI__

City __Boston__　　　　　　**Related Case Information:**

County __Suffolk__

Superseding Ind./ Inf. _____　Case No. _____
Same Defendant _____　New Defendant __X__
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Zakar Bell__　　Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name _____

Address　(City & State) __Boston, MA__

Birth date (Yr only): __2002__　SSN (last4#): __4855__　Sex __M__　Race: _____　Nationality: _____

**Defense Counsel if known:** _____　　Address _____

**Bar Number** _____

**U.S. Attorney Information:**

AUSA __Michael Crowley & Timothy Moran__　　Bar Number if applicable _____

**Interpreter:** ☐ Yes ☑ No　　List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No　If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested　　☐ Regular Process　　☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____　☐ Serving Sentence　☐ Awaiting Trial
☐ On Pretrial Release:　Ordered by: _____　on _____

**Charging Document:**　☑ Complaint　　☐ Information　　☐ Indictment

**Total # of Counts:**　☐ Petty　　☐ Misdemeanor　　☑ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☑　I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 5/12/2023　　Signature of AUSA: /s/Michael Crowley

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Zakar Bell

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 841(a)(1) | Possession with intent to distribute and distribution of fentanyl | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

Case 1:23-mj-08179-PGL   Document 1-2   Filed 05/12/23   Page 2 of 2
JS 45  (5/97)   (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013